UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| DARREL ALLEN, et al. *Plaintiffs* v. RICHARD J. ROUSE, et al. *Defendants* | DOCKET NO. **00-10981-RWZ** |
|---|---|
| DONNELL THOMPSON, *Plaintiff* v. CORRECTIONAL OFFICER WILLIAM TORRES, *Non-supervisory Defendant* | **COUNT 49** |

## QUESTIONS TO THE JURY ON SPECIAL VERDICT

1(a).  Did Defendant William Torres violate Plaintiff Donnell Thompson's rights under the 8th Amendment to the Constitution of the United States?

      YES _____      NO _____

If the answer to part (a) is YES, please answer next part 1(b) and then Question 2(a).

If the answer to part (a) is NO, please answer next Question 2(a).

1(b).  Did Defendant's conduct cause or contribute to causing Plaintiff's injuries?

      YES _____      NO _____

Please answer next Question 2(a).

1

2(a).  Did Defendant violate Plaintiff's rights under Article 12 of the Declaration of Human Rights, a part of the Massachusetts Constitution?

        YES _____        NO _____

If the answer to part 2(a) is <u>YES</u>, please answer next part 2(b).

If the answer to part 2(a) is <u>NO</u>, please answer next Question 3(a).

2(b).  Did Defendant's conduct cause or contribute to causing Plaintiff's injuries?

        YES _____        NO _____

Please answer next Question 3(a).

3(a).  Did Defendant commit an assault and battery against Plaintiff?

        YES _____        NO _____

If the answer to part 3(a) is <u>YES</u>, please answer next part 3(b).

3(b).  Did Defendant's conduct cause or contribute to causing Plaintiff's injuries?

        YES _____        NO \_\_\_\_\_

If you answered <u>YES</u> to <u>both parts</u> of one or more of Questions 1, 2 and/or 3, please answer next Question 4.

If you did <u>not</u> answer <u>YES</u> to <u>both parts</u> of at least one of Questions 1, 2 or 3, please return your verdict to the court.

4.      Plaintiff is awarded compensatory damages in the amount of $_____.

5.      Punitive damages are assessed in the amount of $_____.

_____        _____
DATE                          FOREPERSON