UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 00-10981-RWZ

FREDERICK JOYNER

v.

FREDERICK OPANASETS

## QUESTIONS TO THE JURY ON SPECIAL VERDICT

March 25, 2009

**Section I.   Liability**

1(a).   Did defendant Frederick Opanasets violate plaintiff Frederick Joyner's rights under the 8th Amendment to the Constitution of the United States?

   YES _____         NO ___X___

   If the answer to part 1(a) is YES, please next answer part 1(b).
   If the answer to part 1(a) is NO, please next answer Question 2(a).

1(b).   Did defendant's conduct cause or contribute to causing plaintiff's injuries?

   YES _____         NO ___X___

   Please answer next Question 2(a).

2(a).   Did defendant commit an assault and battery against plaintiff?

   YES _____         NO ___X___

   If the answer to part 2(a) is YES, please next answer part 2(b).
   If the answer to part 2(a) is NO, please go to Section II.

2(b).  Did defendant's conduct cause or contribute to causing plaintiff's injuries?

        YES _____        NO   X

Please continue to Section II.

### Section II.  Damages

If you answered Yes to both parts of Question 1 and/or 2, please next answer Question 3.

If you did not answer Yes to both parts of at least one of Questions 1 or 2, please return your verdict to the court.

3. Plaintiff is awarded compensatory damages in the amount of $ __0__.

If you answered Yes to both parts of Question 1, please next answer Question 4.

If you did not answer Yes to both parts of Question 1, please return your verdict to the court.

4. Punitive damages are assessed in the amount of $ __0__.

3/25/09
DATE

*[signature]* Laura Burbun
FOREPERSON