UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__DONNELL THOMPSON__
          **Plaintiff**

   **V.**

__CORRECTIONAL OFFICER WILLIAM TORRES__
          **Defendants**

CIVIL ACTION

NO. __00CV10981-RWZ__

## JUDGMENT

__ZOBEL, D. J.__

   Pursuant to Rule 54(b), Fed.R.Civ.P. on Count 49; Judgment is entered for plaintiff in the amount of $125,001.00 compensatory damages, plus $50,000.00 in punitive damages.

                                  By the Court,

| __8/17/09__ | __s/ Lisa A. Urso__ |
|---|---|
| **Date** | **Deputy Clerk** |