UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 00-10981-RWZ

DONNELL THOMPSON

v.

CORRECTION OFFICER WILLIAM TORRES

STATEMENT OF REASONS FOR ENTRY OF JUDGMENT
November 30, 2009

ZOBEL, D.J.

This case was brought by 52 plaintiffs against the Sheriff of Suffolk County and numerous correction officers. Each plaintiff alleged violations of his civil rights by physical abuse by one or more of the defendants. Each claimed money damages and all sought an injunction against further violations. With respect to the latter part of the case, I certified a class and that part of the action was ultimately settled. Because each of the claims of the individual plaintiffs involved different defendants, dates and conduct, I established groups of 10 to 12 plaintiffs for discovery and trial. Some plaintiffs in each group were dismissed because counsel could not find them, because they had failed to exhaust the grievance process, or because they failed to provide discovery. Two or three in each group remained and each of them had a separate trial because, as noted above, each plaintiff's case was unique. One of those trials was that of Mr. Thompson against Correction Officer Torres.

The specific claims of this plaintiff are unrelated to the specific claims of every

other plaintiff.  While combining these plaintiffs in one lawsuit was appropriate for the class action part of the case, the individual claims are sui generis.  Accordingly, they were and will continue to be tried as separate cases.   Since each plaintiff's case is self-contained, it would be inappropriate and unjust to require each plaintiff to wait for the completion of all remaining self-contained trials.  For these reasons I ordered entry of judgment under Rule 54 (b).


   November 30, 2009                                                  /s/Rya W. Zobel
         DATE                                                      RYA W. ZOBEL
                                                                       UNITED STATES DISTRICT JUDGE