UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DARREL ALLEN, et al.<br>    *Plaintiffs*<br><br>v.<br><br>RICHARD J. ROUSE, et al.<br>    *Defendants* | **DOCKET NO.**<br>**00-10981-RWZ** |
| WILLARD CLARK<br>    *Plaintiff*<br><br>v.<br><br>CORRECTIONS OFFICERS  CHIN AND TORRES,<br><br>    *Defendants* | **COUNT 8** |

## NOTICE OF APPEARANCE

To the clerk of the above court:

Kindly enter my appearance on behalf of defendants Chin and Torres.

　　　　　　　　　　　　　　　　　　___(s) Allen H. Forbes_____
　　　　　　　　　　　　　　　　　　Allen H. Forbes  BBO #554688
　　　　　　　　　　　　　　　　　　Assistant General Counsel
　　　　　　　　　　　　　　　　　　Suffolk County Sheriff's Department
　　　　　　　　　　　　　　　　　　200 Nashua Street
　　　　　　　　　　　　　　　　　　Boston, MA  02114
　　　　　　　　　　　　　　　　　　(617) 961- 6651
　　　　　　　　　　　　　　　　　　aforbes@scsdma.org

Dated:  January 15, 2010

1

CERTIFICATE OF SERVICE

  I hereby certify under the pains and penalties of perjury that I have caused a true copy of the foregoing to be served upon the plaintiff's counsel by ECF.

Theodore Goguen, Esquire
Law Office of Theodore Goguen
46 Waltham Street, Suite 306
Boston, MA  02118

Sean Goguen, Esquire
Law Office of Sean T. Goguen
623 Main Street
Woburn, MA  01801

Charles Pappas, Esq.
Law Offices of Charles Pappas
Two Pleasant Street
Natick, MA  01760

Joseph J. Mahaney, Esq.
2 Pleasant Street
South Natick, MA 01760

            __(s) Allen H. Forbes__
            Allen H. Forbes