UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FIRST EXECUTION**  CIVIL ACTION NO. _____ 00-10981-RWZ

To the United States Marshal for the District of Massachusetts or either of his Deputies and to _____, Special Process Server:

WHEREAS __Donnell Thompson_____ has recovered judgment against ___Correction Officer William Torres_____ on the _17th_ day of _____August 2009_____, for the sum of $_____, debt or damage, pre-judgment interest in the amount of $____-0-_____, and costs of this suit in the amount of $___175,001.00_____, as to us appears of record, whereof this First Execution remains to be done.

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of $__192,662.75_____, in the whole, with interest thereon at the rate of ___-0-_ from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at ___Boston____, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this _19_ day of __Sept. August 2012_____.

SEAL

SARAH A. THORNTON
CLERK OF COURT

By: _____
Deputy Clerk

(Execution 1st.wpd - 3/7/2005)